IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR135 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| GREGORIO SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Motion of the United States (Filing No. 96), pursuant to Federal Rule of

Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the

Indictment against Gregorio Smith.

IT IS ORDERED that the Motion to Dismiss the Indictment (Filing No. 96) is granted.

Dated this __16th__ day of January, 2013.

BY THE COURT:

_____
JOSEPH F. BATAILLON
United States District Judge